NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNQOR, INC.,**
*Plaintiff-Appellee,*

v.

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA, INC.,**
*Defendants-Appellants,*

AND

**BEL FUSE, INC.,**
*Defendant-Appellant,*

AND

**CHEROKEE INTERNATIONAL CORP. AND LINEAGE POWER CORP.,**
*Defendants-Appellants,*

AND

**DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.,**
*Defendants-Appellants.*

---

2011-1191, -1192, -1193, -1194

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0497, Judge T. John Ward.

---

## ON MOTION

---

PER CURIAM.

### ORDER

The appellants move for clarification of the court's April 11, 2011 order and for expedited consideration. SynQor, Inc. opposes.

In light of the proceedings before the United States District Court for the Eastern District of Texas in this case since the filing of this motion, the court deems it appropriate to direct the parties to file a status report informing this court of how they believe this motion should proceed.

Accordingly,

IT IS ORDERED THAT:

The parties shall each file a status report not to exceed 15 pages by September 29, 2011.

FOR THE COURT

SEP 1 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Constantine L. Trela, Jr., Esq.
     Steven N. Williams, Esq.
     Alan D. Smith, Esq.
     Eric W. Benisek, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2011

JAN HORBALY
CLERK

William F. Lee, Esq.

s19